# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RON DAVID METCALF, et al., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:18-cv-00274-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| GRAHAM COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2018 Order.

October 10, 2018

_____
Frank G. Johns, Clerk
United States District Court